```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 18515
   JOE C JACKSON
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-2950


---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/09/07 .

    2.  The case was dismissed without confirmation, 06/27/2008.

    3.  The Debtor paid a total of $  20791.00 .

    4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
---------------------------------------------------------------------------
CHASE HOME FINANCE       CURRENT MORTG     4702.71          .00         4702.71
CHASE HOME FINANCE       MORTGAGE ARRE   NOT FILED          .00             .00
FIRST MIDWEST BANK       SECURED           1690.47          .00         1690.47
FIRST MIDWEST BANK       MORTGAGE ARRE   NOT FILED          .00             .00
COUNTRYWIDE FINANCIAL    CURRENT MORTG     6863.13          .00         6863.13
COUNTRYWIDE FINANCIAL    MORTGAGE ARRE   NOT FILED          .00             .00
LITTON LOAN SERVICING IN CURRENT MORTG     5224.58          .00         5224.58
LITTON LOAN SERVICING IN MORTGAGE ARRE   NOT FILED          .00             .00
AASTRO TITLE LENDERS LLC SECURED VEHIC     1500.00          .00         1119.48
ECAST SETTLEMENT CORPORA UNSECURED       NOT FILED          .00             .00
         Summary of disbursements:
---------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  19980.89        .00          .00         .00       19980.89
PRINCIPAL PAID      19600.37        .00          .00         .00       19600.37
INTEREST PAID           .00         .00          .00         .00            .00
TOTAL PAID          19600.37        .00          .00         .00       19600.37
The Debtor's attorney, TIMOTHY K LIOU                 , was allowed $       .00
and was paid $       .00 .

The Trustee received $   1190.63 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 09/10/08
/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 18515 JOE C JACKSON