IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

DEC 0 8 2008

Judge A. Benjamin Goldgar
United States Bankruptcy Court

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| JOE C. JACKSON, | ) | No. 07 B 18515 |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |

CERTIFICATE OF SERVICE

I, Nancy Castellano, Courtroom Deputy to the Honorable A. Benjamin Goldgar, hereby certify that on December 8, 2008, I caused to be served by regular mail the attached Final Pretrial Order dated December 8, 20080 to the parties listed below.

**(Counsel for Debtor)**
Timothy K. Liou
Liou Law Firm
575 West Madison Street
Suite 361
Chicago, Illinois 60661

**(Chapter 13 Trustee)**
Glenn B. Stearns
4343 Commerce Court
Suite 120
Lisle, Illinois 60532

**(U.S. Trustee)**
William T. Neary
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street
Room 873
Chicago, Illinois 60604

Dated: December 8, 2008

Nancy Castellano
Courtroom Deputy